CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 14 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RUSSELL LEE EBERSOLE, | ) |
| Petitioner, | ) Civil Action No. 7:06cv00455 |
| v. | ) **FINAL ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) By: Samuel G. Wilson |
| | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is **ORDERED** and **ADJUDGED** that this action is **DISMISSED** without prejudice; all other pending motions are **DENIED** as **MOOT**; and this case is **STRICKEN** from the docket of the court.

Ebersole is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

**ENTER**: This December 14, 2006.

_____
UNITED STATES DISTRICT COURT